November 14, 2005

United States District Court
Southern District of Texas
FILED

NOV 2 1 2005

Michael N. Milby
Clerk of Court

U. S. District Court
600 East Harrison St
Suite 1158
Brownsville, Texas 78520

RE: B-91-CV-156// Frank James Henggeler, Jr. v. Fischer-Price, et al

To Whom It May Concern:

My name is Frank James Henggeler, Jr., and I am the plaintiff in the referenced cause of action. I am writing to request the release of the funds being held by the Court as a result of the settlement of this cause. The funds are due to be released when I turn 18 next month, December 21, 2005; however, as I have completed high school and am trying to get into college in January, 2006, I would like to have the funds released now.

I am enclosing a copy of my birth certificate, social security card and state-issued identification card. My current address is:

    1127 Field St
    San Marcos, Texas 78666

As I am not yet 18, my mother, Margaret Fernandez, is also signing this letter and enclosing a copy of her driver's license, as she has no objection to the release of the funds just barely one month early.

Thank you for your assistance.

Sincerely,

*Frank Henggeler*
Frank James Henggeler, Jr.

*Margarete Fernandez*
mother of Frank James Henggeler Jr.



## CERTIFICATION OF VITAL RECORD

# STATE OF TEXAS
## COUNTY OF HAYS

FILE NO.: 288276-1987

NAME: FRANK JAMES HENGGELER JR.

DATE OF BIRTH: [redacted]      SEX: MALE

PLACE OF BIRTH: CAMERON COUNTY, TEXAS

FATHER: FRANK JAMES HENGGELER    MOTHER: MARGARET ELEANOR FERNANDEZ

DATE FILED: 02-12-1988 I

VR6461

I hereby certify that this abstract of birth facts has been provided to this office by the Texas Department of Health, Bureau of Vital Statistics, from a document officially in its custody.

ISSUED 10-31-2005

LEE CARLISLE
COUNTY CLERK/REGISTRAR
HAYS COUNTY TEXAS

**WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.**

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE





