United States District Court
Southern District of Texas
ENTERED

DEC 21 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Margaret Henggeler, et al** | § | |
| Plaintiff(s), | § | |
| | § | |
| VS. | § | B-91-156 |
| **Fisher Price, et al** | § | (636(c)) |
| | § | |
| Defendant(s). | § | |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is an application to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Frank J Henggeler Jr., was a minor child. The minor has now provided satisfactory evidence that he has reached the age of majority and is now entitled to the funds.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Clerk disburse and deliver to Frank J Henggeler Jr., social security number ending in 5405, the principal $5,000.00, plus accrued interest, held in the Court's Registry for his account, pursuant to the Final Judgment and any other Court Order entered in this case.

DONE at Brownsville, Texas this the 21st day of December, 2005.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE